## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

KETRICK THOMAS #107122

VERSUS

TERRY HENRY, ET AL.

CIVIL ACTION NO. 21-cv-2507

JUDGE ELIZABETH E. FOOTE

MAGISTRATE JUDGE HORNSBY

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 29], and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motion for Summary Judgment [Record Document 27] is granted and that all claims against all defendants are **DISMISSED**, **with prejudice**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the _____ day of May 2023.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE